DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID LOPEZ**,
Appellant,

v.

**STATE OF FLORIDA,**
Appellees.

No. 4D17-3647

[April 26, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth A. Scherer, Judge; L.T. Case No. 10-5994CF10A.

David Lopez, Monticello, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CIKLIN, JJ., concur.

\*  \*  \*

***Not final until disposition of timely filed motion for rehearing.***